[No. 9652–8–II.   Division Two.   August 31, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND CHIPMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 85–1–00052–7, Gary W. Velie, J., entered January 10, 1986. *Reversed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 9688–9–II.   Division Two.   August 31, 1987.]

THE CITY OF CENTRALIA, *Respondent,* v. THE DEPARTMENT OF ECOLOGY, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 85–2–00223–5, David R. Draper, J., entered February 21, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 9386–3–II.   Division Two.   August 31, 1987.]

F. T. CROW ENTERPRISES, INC., *Appellant,* v. COMMUNITY MEDIA CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84–2–00573–1, John W. Schumacher, J., entered November 12, 1985. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.